**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-3410
_____

IN RE: JOSE ESTRADA,
                                            Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Eastern District of Pennsylvania
(Related to E.D. Pa. Crim. No. 2-12-cr-00581-001)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
March 9, 2023
Before:  Chief Judge CHAGARES, HARDIMAN, and PHIPPS, Circuit Judges

(Opinion filed May 10, 2023)
_____

OPINION[*]
_____

PER CURIAM

Jose Estrada, proceeding pro se, has filed a petition for a writ of mandamus

compelling the United States District Court for the Eastern District of Pennsylvania to

adjudicate his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).

While this petition was pending before us, the District Court denied Estrada's motion.  In

light of the District Court's action, Estrada's mandamus petition no longer presents a live

_____

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

controversy. Accordingly, we will dismiss the petition as moot. See Blanciak v.

Allegheny Ludlum Corp., 77 F.3d 690, 698–99 (3d Cir. 1996) ("If developments occur

during the course of adjudication that eliminate a plaintiff's personal stake in the outcome

of a suit or prevent a court from being able to grant the requested relief, the case must be

dismissed as moot.").